# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| ANTHONY SMITH, Individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. 1:12-cv-00386 |
| | : | |
| X-RITE, INC., THOMAS J. VACCHIANO, JOHN E.UTLEY, GIDEON ARGOV, BRADLEY J. COPPENS, DAVID A. ECKERT, COLIN M. FARMER, DANIEL M. FRIEDBERG, L. PETER FRIEDER, MARK D.WEISHAAR, DANAHER CORPORATION, and TERMESSOS ACQUISITION CORP., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| SHANNON STORM, On Behalf of Herself and All Others Similarly Situated, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Civil Action No. 1:12-cv-00414 |
| | : | |
| X-RITE, INC., THOMAS J. VACCHIANO, JOHN E. UTLEY, GIDEON ARGOV, BRADLEY J. COPPENS, DAVID A. ECKERT, COLIN M. FARMER, DANIEL M. FRIEDBERG, L. PETER FRIEDER, MARK D. WEISHAAR, DANAHER CORPORATION, and TERMESSOS ACQUISITION CORP., | : | |
| | : | |
| Defendants. | : | |

## <u>STIPULATION TO DISMISS FOLLOWING SETTLEMENT</u>

1.　　The above-captioned cases are shareholder suits filed against Defendant X-Rite Inc. by Anthony Smith and Shannon Storm on behalf of the Putative Class ("Federal Action").

2.　　Substantially similar shareholder actions were filed against the Defendant X-Rite Inc. and certain other parties in Kent County Circuit Court entitled *Laine Johnson v. Thomas J. Vacchiano, et. al ;* Kent County Circuit Court No. 12-03659 and *Balanced Beta Fund v. Utley eta al.;* Kent County Circuit Court No. 12-03719 ("State Action").

3.　　The collective parties in the State Action and Federal Action have jointly negotiated and executed a Stipulation of Settlement, resolving the shareholder claims against Defendants.  *See* Dkt. 17, ex. A.

4.　　On November 7, 2012, the Kent County Circuit Court issued an Order and Final Judgment in the State Action which finds, among other things, that the "Class Representatives and their counsel have fairly and adequately represented the interests of the class."  A copy of the Order and Final Judgment is attached as Exhibit A.

5.　　Under Section F of the Stipulation of Settlement, the consummation of the Settlement is subject to and contingent on the dismissal of the Federal Action.

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AGREE, AND JOINTLY REQUEST entry of an Order dismissing this case with prejudice and without costs to any party.

IT IS SO STIPULATED.

DATED:   November 26, 2012            By:   s/ Paul F. Novak
_____

Paul F. Novak
MILBERG LLP
One Kennedy Square
777 Woodward Avenue, Suite 890
Detroit, MI  48226
Telephone: 313.309.1760
Facsimile: 313.447.2038
Email: pnovak@milberg.com

*Interim Liaison Counsel for Plaintiffs*
*Anthony Smith and Shannon Storm*

DATED:   November 26, 2012            By:   s/ James R. Peterson
_____

James R. Peterson

MILLER JOHNSON PLC
250 Monroe Ave., NW, Ste. 800
P.O. Box 306
Grand Rapids, MI  49501
Telephone: 616.831.1700
Facsimile: 616.988.1717
Email:petersonj@millerjohnson.com

James L. Thompson
JENNER & BLOCK LLP

353 N Clark St., Ste. 4100
Chicago, IL  60654-3456
Telephone: 312.923.2944
Email:Jthompson@jenner.com

*Counsel for Defendants X-Rite*